SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>TONY CARL LOOSLE, an individual; and TCS, INC., a Utah corporation,<br><br>Defendants. | Case No.: 2:11-cv-00627-KJD-LRL<br><br>**PLAINTIFF RIGHTHAVEN LLC'S NON-OPPOSITION TO TEMPORARY STAY OF PROCEEDINGS PENDING RESOLUTION OF SUBJECT MATTER JURISDICTION MOTIONS PENDING BEFORE COURT** |

Plaintiff Righthaven LLC ("Righthaven") hereby files this non-opposition to Defendant Tony Carl Loosle's ("Defendant") request to stay these proceedings (Doc. # 8) pending resolution of the subject matter jurisdiction motions pending before this Court in *Righthaven LLC v. Vote For The Worst, LLC, et al.,* Case No. 2:10-cv-01045-KJD-GWF (Doc. # 33) and in *Righthaven LLC v. Mostofi,* Case No. 2:10-cv-1066-KJD-LRL (Doc. # 25), which is a virtual carbon copy of the filing in the *Vote For The Worst, LLC* action. Nev. March 30, 2011). Briefly staying these proceedings until the subject matter jurisdiction arguments in the two pending referenced cases before this Court can be adjudicated clearly serves the interests of judicial economy and avoids the need for the parties in this action to engage in duplicative briefing efforts. Righthaven believes it has thoroughly and effectively established its standing to maintain suit for accrued claims of copyright infringement that are the basis of the pending actions before this Court. Accordingly, Righthaven does not oppose entry of a temporary stay of these proceedings until the Court can decide the subject matter issues presented in the *Vote For The Worst, LLC* and the *Mostofi* actions. To the extent the Court is unwilling to stay these

proceedings, Righthaven asks for an opportunity to fully address through a written submission any asserted grounds for dismissing this action.

Dated this 25th day of May, 2011.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701

*Attorney for Plaintiff Righthaven LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I on this 25th day of May, 2011, I caused the foregoing document to be served by the Court's CM/ECF system.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*