SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>TONY CARL LOOSLE, an individual; and TCS, INC., a Utah corporation<br><br>Defendants. | Case No.: 2:11-cv-00627-KJD-LRL<br><br>**AMENDED AND CORRECTED CERTIFICATE OF SERVICE** |

    Righthaven LLC ("Righthaven") hereby files its Amended and Corrected Certificate of Service for Plaintiff Righthaven LLC's Non-Opposition to Temporary Stay of Proceedings Pending Resolution of Subject Matter Jurisdiction Motions Pending Before Court (Doc. #9). The undersigned originally served the Non-Opposition via the Court's CM/ECF system; however, once it was brought to the undersigned's attention that Defendant Tony Carl Loosle ("Mr. Loosle") was proceeding *pro se*, the undersigned delivered an electronic copy of the Non-Opposition to Mr. Loosle at the following electronic mail address: tony@s1i.net.

Furthermore, the undersigned caused the Non-Opposition to be delivered via United States mail to Mr. Loosle at the following address:

> Tony Loosle
> 1772 N. 600 W
> Logan, Utah 84321

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Shawn A. Mangano, Ltd., and that on the 15th day of June, 2011, I caused the Non-Opposition to Temporary Stay of Proceedings Pending Resolution of Subject Matter Jurisdiction Motions Pending Before Court to be served via electronic mail to the following email address: tony@s1i.net; and that on the 16th day of June, 2011, I caused the Non-Opposition to Temporary Stay of Proceedings Pending Resolution of Subject Matter Jurisdiction Motions Pending Before Court to be served via United States Mail to the following address:

> Tony Loosle
> 1772 N. 600 W
> Logan, Utah 84321

By: Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730